Argued November 29, affirmed November 29, 1972

STATE OF OREGON, *Respondent, v.*
RAYMOND DELBERT WEDGE, II,
(Nos. 72-01-0237 Cr, 72-01-0239 Cr,
Consol.), *Appellant.*

502 P2d 1390

*John K. Hoover,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

Affirmed from the bench.